COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| BORDER APPAREL LAUNDRY, LTD., | § | |
| | | No. 08-09-00162-CV |
| Appellant, | § | |
| | | Appeal from the |
| v. | § | |
| | | 327th District Court |
| VICKY DOMINGUEZ, | § | |
| | | of El Paso County, Texas |
| Appellee. | § | |
| | | (TC# 2002-3623) |
| | § | |

**<u>MEMORANDUM OPINION</u>**

Pending before the Court is Appellant's motion to dismiss this appeal pursuant to TEX. R. APP. P. 42.1(a)(1). Appellant represents that the parties have reached an agreement to settle and compromise the dispute and requests that this Court dismiss the appeal. Appellee has not objected to the motion, and there is no indication that dismissal would prevent Appellee from seeking the relief to which she would otherwise be entitled. *See* TEX. R. APP. P. 42.1(a)(1). We therefore grant Appellant's motion, and dismiss the appeal. As the motion does not indicate the parties have agreed otherwise, costs will be taxed against Appellant. *See* TEX. R. APP. P. 42.1(d).

GUADALUPE RIVERA, Justice

November 12, 2009

Before Chew, C.J., McClure, and Rivera, JJ.
Chew, C.J., not participating